U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 16

ROBERT H. S. WELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| Richard A. Carlino | DOCKET NO. 1:05 CV 1389 |
| | SECTION P |
| VS. | JUDGE DRELL |
| Kary Beebe, ET AL. | MAGISTRATE JUDGE KIRK |

### JUDGMENT OF DISMISSAL

After an independent review of the record, noting the absence of objections thereto, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation previously filed herein,

**IT IS ORDERED** that this civil rights action is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana, on this \_\_\_\_\_ day of _____, 2006.

~~F.A. Little, Jr.~~ Dee D. Drell
UNITED STATES DISTRICT JUDGE